■ ROCHESTER TRUCK RENTAL, INC., Appellant, v CITY OF ROCHESTER et al., Respondents.—Judgment unanimously affirmed, with costs, on the opinion at Special Term, Patlow, J. (Appeal from judgment of Monroe Supreme Court—article 78.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.